[No. 41443-7-I.   Division One.   February 1, 1999.]

KARLENE WEILAND, *as Personal Representative, Appellant,* v. GLEN K. GORDON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-01712-1, Steven J. Mura, J., entered September 12 and 25, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Appelwick, JJ.

[No. 41539-5-I.   Division One.   February 1, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. DONNA LEE CALLAHAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01001-7, Charles S. French, J., entered October 22, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41570-1-I.   Division One.   February 1, 1999.]

FRED STEPHENS, *Appellant,* v. DONOVAN R. BIGELOW, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-07204-4, Peter Jarvis, J., entered September 23, 1997. *Reversed* by unpublished opinion per Cox, J., concurred in by Baker and Becker, JJ.

[No. 41655-3-I.   Division One.   February 1, 1999.]

RAYMOND ZANDER, ET AL., *Appellants,* v. DAVID BRICKLIN, ET AL., *Respondents.*

DEBORAH CONDON, *Appellant,* v. DAVID BRICKLIN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-19781-5, Jeffrey M. Ramsdell, J., entered October 17, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.